Certificate Number: 14751-CAC-DE-022929522

Bankruptcy Case Number: 14-12820



14751-CAC-DE-022929522

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 7, 2014, at 7:41 o'clock PM PST, Michael R Overholser completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  March 7, 2014                By:  /s/AMEY AIONO

                                    Name:  AMEY AIONO

                                    Title:  Certified Credit Counselor